UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

CHRISTOPHER    SHARP

                                                                         : Bankruptcy No. 18-10814REF
               Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARK C VAN HORN ESQ
5930 HAMILTON BLVD
STE 104
ALLENTOWN PA 18106-

CHRISTOPHER    SHARP
705 BUTTERNUT LANE
EASTON,PA.18045