United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 18-10814-ref
Christopher Sharp                                              Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Sep 20, 2018
                              Form ID: pdf900         Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
```
db            +Christopher Sharp,    705 Butternut Lane,    Easton, PA 18045-5121
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14051845      +Adea L. Sharp,    75 West Garrison St., Apt B,    Bethlehem, PA 18018-3928
14051846      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
14087584       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14051848      +Easton Area SD/Palmer TWP,    3 Weller Place,    Easton, PA 18045-1975
14051850      +KML Law Group,    Suite 5000 Mellon Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14051849      +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14062598      +Lakeview Loan Servicing, LLC,    C/O Kevin G. McDonald,    701 Market Street Suite 5000,
                Philadelphia PA 19106-1541
14051853      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14085820       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
14051854      +Wells Fargo Dealer Services,    PO Box 17900,    Denver, CO 80217-0900
14051855      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 01:39:28
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2018 01:39:36     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14051847       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 01:45:29     Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
14051851      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2018 01:39:18     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14088262       E-mail/Text: camanagement@mtb.com Sep 21 2018 01:39:20     Lakeview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
14051852       E-mail/Text: camanagement@mtb.com Sep 21 2018 01:39:20     M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
14077668      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2018 01:39:30     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
                                                                                               TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              MARK C. VAN HORN    on behalf of Debtor Christopher  Sharp mark@mvanhornlaw.com,
               sabrina@mvanhornlaw.com;vanhornmr80883@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 2              Date Rcvd: Sep 20, 2018
                              Form ID: pdf900             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

CHRISTOPHER    SHARP

                                                    : Bankruptcy No. 18-10814REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                                    BY THE COURT

**Date: September 20, 2018**
                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARK C VAN HORN ESQ
5930 HAMILTON BLVD
STE 104
ALLENTOWN PA 18106-

CHRISTOPHER    SHARP
705 BUTTERNUT LANE
EASTON,PA.18045